IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No. 17-cr-00269-PAB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ANTHONY TRUJILLO,

 Defendant.
_____

**ORDER**
_____

  This matter comes before the Court on the letter from defendant Anthony Trujillo [Docket No. 8], which the Court construes as a motion for early termination of supervised release. Mr. Trujillo asks the Court to terminate his "probation" early. The defendant, however, is not on probation, but rather supervised release. His four-year term began on July 26, 2017. This is Mr. Trujillo's second letter to the Court regarding the early termination of supervised release. His last letter was filed on February 11 of this year. Both the U.S. Attorney's Office and the Probation Department opposed his February 2019 request. The Court denied that request by order dated April 30, 2019. Docket No. 7. While the defendant has now completed two years of his four-year term of supervised release, the defendant's history of assaultive crimes remains a concern to the Court. The Court agrees that continuance of the defendant on supervised release is in the best interests of the public and the defendant.

Wherefore, the letter from defendant Anthony Trujillo [Docket No. 8], which the Court construes as a motion for early termination of supervised release, is denied.

DATED July 1, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge